IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER SHEPLER,

    Petitioner,

v.

JUDY SMITH,

    Respondent.

JUDGMENT IN A CIVIL CASE

17-cv-38-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for petitioner Christopher Shepler's failure to prosecute it pursuant to Federal Rule of Civil Procedure 41(b).

/s/                                             9/17/2018

Peter Oppeneer, Clerk of Court               Date